IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DANIEL STEWART,

      Petitioner,

v.                                      Case No. 5D16-2376

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed August 26, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Daniel Stewart, Sneads, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee Tatman Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the June 20, 2014 order denying Petitioner's pro se motion for post-conviction relief and July 15, 2014 order denying motion for rehearing, in Case No. 05-2010-CF-021486-A, in the Circuit Court in and for Brevard County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

ORFINGER, TORPY, EDWARDS, JJ., concur.